# Court of Appeals
# of the State of Georgia

ATLANTA,   December 18, 2014

*The Court of Appeals hereby passes the following order:*

## A15A0439.  GEGE ODION v. SABI VARON et al.

Before us is the motion of certain appellees to dismiss the above-captioned appeal.  This appeal was docketed on October 20, 2014.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal.  Therefore, appellant's brief and enumeration of errors was due no later than November 10, 2014.  Appellant failed to file a brief and enumeration of errors or request an extension of time in which to do so by this date.  Based on the foregoing, appellees' motion to dismiss is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/18/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*